IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LATONYA WILLIAMS**                                                            **PLAINTIFF**
**ADC #718874**

v.                           **Case No. 3:22-cv-00120-KGB**

**ARKANSAS DEPARTMENT OF**
**CORRECTIONS, Medical**                                        **DEFENDANT**

## ORDER

The Court has received the Recommended Disposition of United States Magistrate Judge Edie R. Ervin (Dkt. No. 6). Plaintiff LaTonya Williams has not filed any objections, and the time for filing objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, adopted in its entirety as this Court's finding in all respects (*Id*.). The Court dismisses without prejudice Ms. Williams' complaint for failure to state a plausible claim for relief (Dkt. No. 1).

It is so ordered this 6th day of February, 2023.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge